**Oma Jo EVANS, Plaintiff–Appellant,**

v.

**Jo Anne B. BARNHART, Commissioner of Social Security, Defendant–Appellee.**

No. 04–30472.

United States Court of Appeals, Fifth Circuit.

Decided May 24, 2005.

Roy S. Halcomb, Jr, Broussard, Bolton, Halcomb & Vizzier, Alexandria, LA, for Oma Jo Evans.

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Marguerite Esposito Lokey, Social Security Administration Office of General Counsel, Dallas, TX, for Jo Anne B. Barnhart, Commissioner of Social Security.

Before HIGGINBOTHAM, BARKSDALE, and CLEMENT, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* See 5th CIR. R. 47.6.

the limited circumstances set forth in 5th Cir. R. 47.5.4.